IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                           Case No. 2:07-cr-6

Jared Sharp

<u>ORDER</u>

    This matter is before the court for consideration of the Report and Recommendation filed by Magistrate Judge Terence P. Kemp in the above case on March 14, 2007 (Doc. No. 22).  On January 10, 2007, this court referred the violation petition filed on December 22, 2006, to Magistrate Judge Kemp for a final hearing and the issuance of a report and recommendation.  A final hearing was held on February 16, 2007, and the defendant stipulated to the violations alleged in the petition.  Magistrate Judge Kemp recommended a finding that the defendant committed the alleged violations.  He also recommended that defendant's supervised release be revoked, and that the defendant be sentenced to a term of incarceration of nine months, with no additional period of supervised release.  No objections to the Report and Recommendation have been filed.

    This court hereby adopts the Report and Recommendation.  The court finds that the violations alleged in the petition were committed by the defendant.  The court will enter judgment revoking defendant's supervised release and imposing a term of nine months incarceration, with no additional term of supervised release.

Date: March 29, 2007                  s\James L. Graham
                                        James L. Graham
                                        United States District Judge